HARRY KRAUS et al., as Executors of HENRY P. SONDHEIM, Deceased, Respondents, *v.* NELLA SONDHEIM, as Executrix of SAMUEL SONDHEIM, Deceased, Appellant.

Reported below, 102 App. Div. 615.
(Argued May 29, 1905; decided June 6, 1905.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 1, 1905, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

The motion was made upon the grounds that the judgment of affirmance in the Appellate Division was unanimous, the exceptions frivolous, the appeal taken for purposes of delay and that permission to appeal had not been given.

*Henry Brill* for motion.

*Charles J. Hardy* opposed.

Motion denied, with ten dollars costs.